IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sanders, Zachary L | Case Number: 05 B 22624 |
|---|---|---|
| | Sanders, Rose M | Judge: Squires, John H |
| | Printed: 11/11/08 | Filed: 6/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 27, 2008
Confirmed: October 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 44,725.00 | |
| Secured: | | 40,544.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,800.00 |
| Trustee Fee: | | 2,380.20 |
| Other Funds: | | 0.00 |
| Totals: | 44,725.00 | 44,725.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,800.00 | 1,800.00 |
| 2. | Select Portfolio Servicing | Secured | 29,368.01 | 22,983.06 |
| 3. | Select Portfolio Servicing | Secured | 17,168.00 | 8,225.21 |
| 4. | CLP | Secured | 8,000.00 | 3,830.17 |
| 5. | Hinsdale Bank & Trust | Secured | 1,500.00 | 718.65 |
| 6. | CLP | Secured | 10,000.00 | 4,787.71 |
| 7. | SBC | Unsecured | 192.08 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 17.58 | 0.00 |
| 9. | Credit Union One | Unsecured | 835.84 | 0.00 |
| 10. | Sears Consumer Finance | Unsecured | 595.67 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 667.91 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,421.27 | 0.00 |
| 13. | Hinsdale Bank & Trust | Unsecured | 246.06 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 178.78 | 0.00 |
| 15. | Caremark | Unsecured | | No Claim Filed |
| 16. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 17. | Select Portfolio Servicing | Unsecured | | No Claim Filed |
| 18. | Cingular Wireless | Unsecured | | No Claim Filed |
| 19. | Dr Mimi V Johnson | Unsecured | | No Claim Filed |
| 20. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 21. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 22. | Aspire Visa | Unsecured | | No Claim Filed |
| 23. | Smile Success Dental | Unsecured | | No Claim Filed |
| | | | $ 71,991.20 | $ 42,344.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sanders, Zachary L | Case Number: 05 B 22624 |
|---|---|---|
| | Sanders, Rose M | Judge: Squires, John H |
| | Printed: 11/11/08 | Filed: 6/8/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 1,079.38 |
| 5% | 179.53 |
| 4.8% | 518.85 |
| 5.4% | 486.00 |
| 6.5% | 83.79 |
| 6.6% | 32.65 |
| | $ 2,380.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

